```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _5/6/2020_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHERWOOD ROAD ASSOCIATES, LLC.,

                   Plaintiff,

-against-

ROBERT N. D'URSO and MICHAEL HAWKSBY,

                   Defendants.

20 Civ. 2992 (AT)

**ORDER**

ANALISA TORRES, District Judge:

       On April 13, 2020, Defendants removed this action to federal court. ECF No. 1. Defendants' notice of removal represented that the case had been removed in connection with a bankruptcy proceeding pending in the United States Bankruptcy Court for the Eastern District of New York, and that Defendants' intended to file a motion to transfer this action upon removal. *Id.* ¶ 1.

       It is ORDERED that by **May 20, 2020**, Defendants shall file their motion to transfer. By **June 3, 2020**, Plaintiff may file a response. Counsel for Defendants is directed to immediately provide a copy of this order to counsel for Plaintiff.

       SO ORDERED.

Dated: May 6, 2020
       New York, New York

                                                  ANALISA TORRES
                                     United States District Judge